■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v AETNA CASUALTY & SURETY COMPANY AND SEALAND CONTRACTORS CORP., INC., Appellants.—Judgment unanimously affirmed with costs for reasons stated in decision at Supreme Court, Houston, J. (Appeal from Judgment of Supreme Court, Monroe County, Houston, J.—Declaratory Judgment.) Present —Green, J. P., Pine, Boehm, Fallon and Davis, JJ.